# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| AHMED ADEN ABDALLA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:07-1076 |
| | ) | Judge Trauger |
| v. | ) | Magistrate Judge Brown |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On February 6, 2008, the Magistrate Judge issued a Report and Recommendation. (Docket No. 8) No timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that the defendant's Motion to Dismiss (Docket No. 7) is **GRANTED**, and this case is **DISMISSED AS MOOT**.

It is so **ORDERED.**

Enter this 3rd day of March 2008.

_____
ALETA A. TRAUGER
U.S. District Judge